UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-mc-23715-WILLIAMS

RICHARD I. CLARK, et al.,

    Appellants,

vs.

MICHAEL R. BAKST and
GEORGE STEVEN FENDER,

    Appellees.
_____/

## ORDER

This MATTER is before the Court upon review of the record in response to a question from the Parties. This Court issued an Order Granting in Part and Denying in Part the Appellant's Motion for Leave to Appeal. [D.E. 11]. In that Order, the Court set out a briefing schedule for the appeal. Thereafter, Appellants notified Chambers that the case had not yet been assigned a civil case number for the appeal. Accordingly, the briefing dates set out in this Court's February 24, 2012 Order are VACATED. By March 16, 2012, the Appellants are to file their designations of the record with the Bankruptcy Court. Once the appeal is docketed with this Court, the Appellants are to file their initial brief within 14 days, the Appellees are to file their response 14 days thereafter, and the Court will set an expedited oral argument.

The Clerk is ordered to CLOSE this case. A new case number will be assigned once the appeal is transmitted from the Bankruptcy Court.

1

DONE AND ORDERED in Chambers, at Miami, Florida, this ___ day of March, 2012.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE